856 A.2d 29

IN THE MATTER OF HOLLISTYNE C. BLUITT, AN ATTORNEY
AT LAW (ATTORNEY NO. 012761984).

September 13, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–070, concluding that **HOLLISTYNE C. BLUITT** of **ORANGE,** who was admitted to the bar of this State in 1984, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to keep client reasonably informed about the status of the matter), *RPC* 1.4(b) (failure to explain a matter to the extent reasonably necessary to permit client to make informed decisions about the representation), *RPC* 1.15(b) (failure to safeguard estate funds), *Rule* 1:21–6(b)(8) and *RPC* 1.15(d) (recordkeeping violations—failure to reconcile attorney trust account), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And good cause appearing;

It is ORDERED that **HOLLISTYNE C. BLUITT** is hereby reprimanded; and it is further

ORDERED that within thirty days after the filing date of this Order, respondent shall submit proof to the Office of Attorney Ethics that all aspects of the *Goins* estate matter have been resolved, and respondent's failure to do so shall result in her temporary suspension from the practice of law without further notice; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.